## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

SMART Local 265 Welfare Fund et al

Plaintiff(s),

v.

May-Aire Heating and Cooling Co., Inc.,

Defendant(s).

Case No. 24-cv-00632
Judge Sara L. Ellis

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☒ in favor of plaintiff(s) SMART Local 265 Welfare Fund et al
and against defendant(s) May-Aire Heating and Cooling Co., Inc
in the amount of $175, 923.83,

which ☐ includes pre–judgment interest.
☒ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge Sara L. Ellis on a motion for entry of default and for default judgment.

Date:  3/12/2024

Thomas G. Bruton, Clerk of Court

Rhonda Johnson, Deputy Clerk